IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISON

| | | |
|---|---|---|
| MARLON FOWLER, | : | Civil Action No. 4:08-CV-00419 |
| Plaintiff, | : | |
| vs. | : | |
| PINNACLE ASSET GROUP, LLC, | : | |
| Defendant. | : | |

STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff, Marlon Fowler, by his attorney Ray Johnson, hereby dismisses the above-captioned matter with prejudice.

Respectfully submitted this 11th day of July, 2009.

RAY JOHNSON
AT0004019
JOHNSON LAW FIRM
950 Office Park Rd.
Suite 335
West Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com

BROOKE TRENT
Attorney for Pinnacle Asset Group, LLC.